# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CINDY ORNER, *Individually and on Behalf of the Estate of Raymond J. Orner, Deceased*,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERNATIONAL LABORATORIES, Inc., *et al.*,<br><br>    Defendants. | Civil No. 1:20-CV-00449<br><br><br><br><br><br><br><br><br><br>Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 16th day of November, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. The motion to dismiss filed by Defendant International Laboratories, Inc. (Doc. 15) is **DENIED**.

2. On or before **December 16, 2020**, Plaintiff shall file proof of service with regard to its service of International Laboratories.

s/Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Court Judge<br>
Middle District of Pennsylvania