# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CINDY ORNER, *Individually and on Behalf of the Estate of Raymond J. Orner, Deceased*, | : : : : | Civil No. 1:20-CV-00449 |
| Plaintiff, | : : | |
| v. | : : | |
| INTERNATIONAL LABORATORIES, Inc., *et al.*, | : : : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 16th day of November, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. The motion to dismiss filed by Defendants Walmart Stores East, L.P. and Walmart Supercenter #3633 (Doc. 5) is **GRANTED**.

2. On or before **December 7, 2020**, Plaintiff shall file an amended complaint in accordance with this order and the accompanying memorandum.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
